**SENIOR TECHNOLOGIES, INC.,**
Plaintiff–Appellant,

v.

**R.F. TECHNOLOGIES, INC.,**
Defendant–Cross
Appellant.

No. 00–1089, 00–1090.

United States Court of Appeals,
Federal Circuit.

Sept. 16, 2003.

Before CLEVENGER and BRYSON,
Circuit Judges.

### ORDER

The court has received a certified copy of the judgment from the Clerk of the Supreme Court of the United States in *Senior Technologies, Inc. v. R.F. Technologies, Inc.*, 535 U.S. 1108, 122 S.Ct. 2323, 153 L.Ed.2d 151 (2002). The Supreme Court vacated this court's judgment in *Senior Tech.*, (Nos. 00–1089, 00–1090) issued on March 21, 2001, and remanded for further consideration in light of *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*, 535 U.S. 722, 122 S.Ct. 1831, 152 L.Ed.2d 944 (2002).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The mandate issued April 12, 2001, is hereby recalled and the appeals are reinstated.

(2) The cases shall be returned to the original merits panel.